UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.

                                    **ORDER**
                                    Criminal No. 15-68 ADM/FLN

Gary Allen Kachina,

        Defendant.

_____

Gary Allen Kachina, pro se.
_____

This matter is before the undersigned United States District Judge pursuant to Defendant Gary Allen Kachina's ("Kachina") pro se Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A) [Docket No. 204] ("Motion"). This is Kachina's second motion for a compassionate release sentence reduction. The Court denied Kachina's first Motion for Reduction of Sentence [Docket No. 178] on May 19, 2020. See Order [Docket No. 180]. In denying the motion, the Court concluded that Kachina had not shown extraordinary and compelling reasons for a sentence reduction, that he remains a danger to the community, and that a sentence reduction would undermine the sentencing factors in § 3553(a). Order at 3–4. The Eighth Circuit affirmed. See USCA J. [Docket No. 201]; Mandate [Docket No. 202].

In this second motion for compassionate release, Kachina argues that a COVID-19 outbreak has occurred at his facility, that his hypertension and asthma place him at high risk of death should he contract COVID-19, that his efforts at rehabilitation support his release, and that his father is ill and depends on Kachina to care for him. The arguments provided in this second motion do not alter the Court's previous conclusion that a sentence reduction is not warranted.

Based upon the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Gary Allen Kachina's Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A) [Docket No. 204] is **DENIED**.

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT COURT

Dated:  November 24, 2020